UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL BRADLEY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:20-cv-00098-TRM-SKL |
| | ) |
| ANDREW LAWRENCE BERKE, | ) |
| *Mayor City of Chattanooga*, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 137 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Curtis C. Collier, United States Senior District Judge, for all further proceedings.

ENTER:

_____
PAMELA L. REEVES
CHIEF UNITED STATES DISTRICT JUDGE