UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DANIEL BRADLEY DAVIS, ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | No. 1:20-CV-98 |
| v. ) | |
| ) | Judge Collier |
| ANDREW LAWRENCE BERKE, in his ) | Magistrate Judge Lee |
| official capacity as Mayor of Chattanooga, ) | |
| and the CITY OF CHATTANOOGA, ) | |
| ) | |
|    *Defendants*. ) | |

## **O R D E R**

More than ninety days have passed since the filing of the complaint in this matter. The Court has no record that process has been served upon any Defendant or that any Defendant has waived service of process. Accordingly, Plaintiff is hereby **ORDERED** to **SHOW CAUSE** within **fourteen days** of the entry of this Order why this action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk of Court is also **DIRECTED** to add the City of Chattanooga as a Defendant in the CM/ECF system, pursuant to the caption and listing of Defendants in the Complaint (Doc. 1 at 1, 2.)

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**