UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| DANIEL BRADLEY DAVIS, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | No. 1:20-CV-98 |
| v. | ) | |
| | ) | Judge Collier |
| ANDREW LAWRENCE BERKE, in his official capacity as Mayor of Chattanooga, and the CITY OF CHATTANOOGA, | ) | Magistrate Judge Lee |
| *Defendants*. | ) | |

## JUDGMENT ORDER

On July 28, 2020, the Court ordered Plaintiff to show cause within fourteen days why this action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve process upon Defendants within the time required. (Doc. 14.) Fourteen days have passed, and Plaintiff has not responded.[1]

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT

---

[1] Plaintiff has also failed to notify the Court of a change in his address. (*See* Doc. 15 (July 28, 2020, Order, mailed to the address Plaintiff provided the Court, returned as undeliverable).) "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address." E.D. Tenn. L.R. 83.13.